**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-4369**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JACQUELINE BREWSTER, a/k/a Jacqueline Sue Brewster,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Frank W. Volk, Chief District Judge.  (5:24-cr-00104-1)

_____

Submitted:  July 20, 2026                   Decided:  August 11, 2026
Amended:  August 12, 2026

_____

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Brent E. Newton, Gaithersburg, Maryland, for Appellant.  Moore Capito, United States Attorney, Jennifer D. Gordon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellant Jacqueline Brewster appeals her sentence imposed following her guilty plea to violations of 21 U.S.C. § 843(a)(3) and 42 U.S.C. § 1320d-6(a)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *United States v. Brewster*, No. 5:24-cr-00104 (S.D. W. Va. 2025).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and oral argument would not aid in the decisional process.

*AFFIRMED*